Dismissed and Opinion filed September 12, 2002










Dismissed and Opinion filed September 12, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00247-CV

____________

 

KEITH D. MUSSLEWHITE, Appellant

 

V.

 

SPHERION CORPORATION, Appellee

 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 01-51743

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 7,
2001.  On May 16, 2002, this  Court referred the case to
mediation.  On July 9, 2002, mediation
was conducted pursuant to this Court=s order.  On September 3, 2002, the parties filed a
joint motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM








Judgment rendered and Opinion
filed September 12, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).